# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Yniguez, Jerardo Tapia | Docket No. | 0980 4:17CR06014-004 |

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Daniel M. Manning, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jerardo Tapia Yniguez, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 8th day of June, 2017 under the following condition:

**Condition #18:** Refrain from any use of alcohol.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Admitting to consuming alcohol on or about June 19, 2017.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: August 10, 2017

by s/Daniel M. Manning

Daniel M. Manning
U.S. Pretrial Services Officer

THE COURT ORDERS

[X] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

August 10, 2017
Date